UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IRON WORKERS' LOCAL 25 PENSION
FUND, et al.,

                Plaintiff(s),            CASE NO.  08-13074

v.                                     JUDGE Sean F. Cox

SOVA STEEL INC., and ALEX M.
SOVA,

                Defendant(s).

_____/

## NOTICE OF CORRECTION

    The docket entry entered on **August 10, 2010 (D/E 55)** was corrected.  The

explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| **XX** | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed *<provide brief explanation, if applicable>*. |

| | |
|---|---|
| ☐ | Other: |

    No further action is required.  If you need further clarification or assistance, please contact Jennifer Hernandez, Case Manager (313) 234-2653

                      DAVID J. WEAVER, CLERK OF COURT

                      By s/Jennifer Hernandez
                      Deputy Clerk

Date:  August 10, 2010